UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER JAMES CARR,<br><br>                 Petitioner,<br>    v.<br><br>JASON BENNETT,<br><br>                 Respondent. | CASE NO. 2:24-cv-01499-DGE-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) |

The Court, having reviewed the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge and the record de novo, and having received no objection to the Report and Recommendation, does hereby find and ORDER:

    (1) The Court **ADOPTS** the Report and Recommendation.

    (2) Petitioner's federal habeas Petition, which is second or successive, is **DISMISSED** without prejudice for lack of jurisdiction.

    (3) Petitioner's IFP motion (Dkt. 1) and all proposed motions and requests (Dkts. 1-2, 1-3, 1-6, 5, 6, 7) are **DENIED** as moot.

1    (4) A certificate of appealability is **DENIED** in this case.

2    (5) The Clerk is directed to send copies of this Order to Petitioner and to the Hon.

3    Grady J. Leupold.

4    Dated this 16th day of October, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) - 2